

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Gregory Delesandri,

Vs. No. 11-13-00321-CR

The State of Texas,

* From the 161st District
Court of Ector County,
Trial Court No. B-41,624.

* October 22, 2015

* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Gregory Delesandri was convicted of a second-degree felony. As modified, the judgment of the trial court is affirmed.